UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kenneth Seifert d/b/a The Hair Place and Harmar Barbers, Inc., individually and on behalf of all others similarly situated. | Civil File No: 20-cv-01102 JRT/DTS |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE** |
| IMT Insurance Company, | |
| Defendant. | |

PLEASE TAKE NOTICE that the undersigned attorney hereby notifies the Court and counsel that Gregory J. Duncan shall appear as counsel of record for Defendant IMT Insurance Company in this case.

                                           ARTHUR, CHAPMAN, KETTERING,
                                           SMETAK & PIKALA, P.A.

Dated: May 19, 2020                 s/Gregory J. Duncan
                                           Gregory J. Duncan (#267387)
                                           500 Young Quinlan Building
                                           81 South Ninth Street
                                           Minneapolis, MN 55402-3214
                                           P: (612) 339-3500
                                           F: (612) 339-7655
                                           gjduncan@ArthurChapman.com

                                           *Attorneys for Defendant*
                                           *IMT Insurance Company*

8922155