UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kenneth Seifert d/b/a The Hair Place and Harmar Barbers, Inc., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>IMT Insurance Company,<br><br>Defendant. | Civil File No: 20-cv-01102 JRT/DTS<br><br>**[PROPOSED] ORDER** |

The above-entitled matter came before the Honorable John R. Tunheim, at the United States Courthouse, Courtroom 15, 300 South Fourth Street, Minneapolis, Minnesota, upon Plaintiffs' Motion to extend the deadline to amend Plaintiffs' complaint set forth in the Court's October 16, 2020 Order granting Defendant's motion for summary judgment (Doc. 28).

The Court having heard the arguments of counsel and being fully advised in the premises, upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Plaintiffs' Motion to extend the deadline for amending Plaintiffs' complaint is **DENIED**.

2. Since the 20 day deadline for Plaintiffs to amend their complaint expired on November 5, 2020, and pursuant to the Court's October 16, 2020 Order, this case is

**DISMISSED WITH PREJUDICE** and Defendant IMT Insurance Company is entitled costs from Plaintiffs Kenneth Seifert d/b/a The Hair Place and Harmar Barbers, Inc.

3. This Order shall constitute final judgment as any relief not expressly granted herein is hereby **DENIED.**

Dated: _____                  _____
                                                                        Chief Judge John R. Tunheim
                                                                        United States District Court