UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kenneth Seifert d/b/a The Hair Place and Harmar Barbers, Inc., individually and on behalf of all others similarly situated, | Civil File No: 20-cv-01102 JRT/DTS Case Type: CONTRACT |
| Plaintiffs, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| IMT Insurance Company, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-entitled action may be and hereby is dismissed with prejudice on the merits and without costs and disbursements to any party. The parties further stipulate and agree that the Court may enter judgment of dismissal with prejudice without further notice to any party.

GUSTAFSON GLUEK PLLC

Dated: December 9, 2021         s/Daniel E. Gustafson
Daniel E. Gustafson (#202241)
Amanda M. Williams (#341691)
Mary M. Nikolai (#400354)
Canadian Pacific Plaza
120 South 6th St., Suite 2600
Minneapolis, MN 55402
P: (612) 333-8844
F: (612) 339-6622
E: dgustafson@gustafsongluek.com

*Attorneys for Plaintiffs*

                                        GUSTAFSON GLUEK PLLC

Dated: December 9, 2021           s/Daniel E. Gustafson
                                          Dennis Stewart (admitted *pro hac vice*)
                                          600 B Street, 17th Floor,
                                          San Diego, CA 92101
                                          P: (619) 595-3200
                                          E: dstewart@gustafsongluek.com

                                          *Attorneys for Plaintiffs*


                                        THRONDSET MICHENFELDER, LLC

Dated: December 9, 2021           s/Patrick W. Michefelder
                                          Patrick W. Michenfelder (#024270X)
                                          Chad A. Throndset (#0261191)
                                          Cornerstone Building
                                          One Central Avenue West, Suite 203
                                          St. Michael, MN 55376
                                          P: (763) 515-6110
                                          F: (763) 226-2515
                                          E: pat@throndsetlaw.com

                                          *Attorneys for Plaintiffs*


                                        LOCKRIDGE, GRINDAL NAUEN, P.L.L.P.

Dated: December 9, 2021           s/Yvonne M. Flaherty
                                          Yvonne M. Flaherty (#267600)
                                          100 Washington Avenue South, Suite 2200
                                          Minneapolis, MN 55401
                                          P: (612) 339-6900
                                          F: (612) 339-0981
                                          E: ymflaherty@locklaw.com

                                          *Attorneys for Plaintiffs*

                                                   ARTHUR, CHAPMAN, KETTERING,
SMETAK & PIKALA, P.A.

Dated: December 9, 2021       s/Shayne M. Hamann
                                           Shayne M. Hamann (#0325946)
                                           Gregory J. Duncan (#267387)
                                           Steven J. Erffmeyer (#276534)
                                           500 Young Quinlan Building
                                           81 South Ninth Street
                                           Minneapolis, MN 55402-3214
                                           P: (612) 339-3500
                                           F: (612) 339-7655
                                           smhamann@ArthurChapman.com
                                           gjduncan@ArthurChapman.com
                                           sjerffmeyer@ArthurChapman.com

                                           *Attorneys for Defendant*
                                           *IMT/Wadena Insurance Company*