UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| KENNETH SEIFERT d/b/a THE HAIR PLACE and HARMAR BARBERS, INC., *individually and on behalf of all others similarly situated,*<br><br>Plaintiffs,<br>v.<br><br>IMT INSURANCE COMPANY,<br><br>Defendant. | Civil No. 20-1102 (JRT/DTS)<br><br>**ORDER** |

Daniel E Gustafson, **GUSTAFSON GLUEK PLLC,** 120 South 6th Street, Suite 2600, Minneapolis, MN 55402, Patrick W Michenfelder, **THRONDSET MICHENFELDER LAW OFFICE, LLC,** One Central Avenue West, Suite 203, St. Michael, MN 55376, Yvonne M Flaherty, **LOCKRIDGE GRINDAL NAUEN PLLP,** 100 Washington Avenue South, Suite 2200, Minneapolis, MN 55401-2179, for plaintiff.

Shayne M Hamann, **ARTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA, PA,** 81 South 9th Street, Suite 500, Minneapolis, MN 55402-3214, for defendant.

The parties have filed a stipulation of dismissal of this action with prejudice. [ECF No. 67]

Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, disbursements, and attorney's fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 3, 2022
at Minneapolis, Minnesota.

                                                  s/John R. Tunheim_____
                                                  JOHN R. TUNHEIM
                                                  Chief Judge
                                                  United States District Court