# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Kenneth Seifert, Harmar Barbers, Inc., | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 20-cv-1102 JRT/DTS |
| IMT Insurance Company, | |
| Defendant, | |
| and | |
| IMT Insurance Company, | |
| Counter Claimant, | |
| v. | |
| Kenneth Seifert, Harmar Barbers, Inc. | |
| Counter Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, disbursements, and attorney's fees.

Date: 1/4/2022                                                                 KATE M. FOGARTY, CLERK